IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIAS ENOC PEREZ-ZUAZO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)   1:26-cv-00010 (AJT/WEF)<br>PAMELA BONDI, *et al.*, )<br>)<br>Respondents. ) | |

ORDER

This matter is before the Court on Elias Enoc Perez-Zuazo's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"; [Doc. No. 1]) pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the Farmville Detention Center since approximately December 10, 2025. It appearing to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is hereby

**ORDERED** that the Respondents and any of Respondents' officers, agents, servants, employees, and attorneys, as well as other person acting in concert with them be, and the same hereby are, **ENJOINED** from removing the Petitioner from this judicial district pending further order of the Court; and it is further

**ORDERED** that on or before 5:00 PM on January 9, 2026, the Respondents file either (a) a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025) or the other opinions of this Court cited therein; or (b) an Opposition to the Petition discussing the material differences between

*Hernandez* and this Petition; and it is further

    **ORDERED** that if the Respondents file a Notice that there are no material differences between this Petition and *Hernandez*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

    **ORDERED** that if the Respondents file an Opposition to the Petition, Petitioner shall file any Reply in further support of the Petition on or before 5:00 PM on January 14, 2026.

    The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Alexandria, Virginia
January 5, 2026

_____
Anthony J. Trenga
Senior U.S. District Judge

2