IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIAS ENOC PEREZ-ZUAZO, | ) |
| *Petitioner,* | ) |
| v. | ) Case No. 1:26-cv-10 (AJT/WEF) |
| PAMELA BONDI, *et al.*, | ) |
| *Respondents.* | ) |

**ORDER**

This matter comes before the Court on Federal Respondents' motion for an extension of time. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is hereby

ORDERED that on or before 5:00 PM on January 16, 2026, the Respondents file either (a) a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025) or the other opinions of this Court cited therein; or (b) an Opposition to the Petition discussing the material differences between *Hernandez* and this Petition.

The Clerk is directed to forward copies of this order to all counsel of record.

January 12, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge